# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 20, 2021

### NO. 03-20-00115-CV

**Ellen L. Adams and Steven Adams, Appellants**

**v.**

**Bhavna Godhania and Vikas Godhania, Appellees**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, SMITH**
**REVERSED AND REMANDED ON MOTION FOR REHEARING**
**OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on February 3, 2020. Appellants and Appellees have filed motions for rehearing, and having reviewed the motions, the record, and the parties' arguments, we grant in part and deny in part the motions for rehearing. The Court therefore withdraws its opinion and judgment from June 25, 2021 and substitutes the following opinion and judgment in their place. The Court holds that there was reversible error in the court's order and reverses the trial court's order. The Court remands the case to the trial court for further proceedings consistent with this Court's opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.